THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 17, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Marina Kolchinsky,
      Debtor.

Chapter 13
Case No. 16−29723−svk

## ORDER DISMISSING CASE

The Debtor failed to file a Chapter 13 Plan or seek an extension within the time limit set by the Bankruptcy Code and Rules.

IT IS THEREFORE ORDERED: the Debtor's case is dismissed, effective immediately.

####